# United States Court of Appeals
## For the First Circuit

Nos. 12-2364, 12-2367

UNITED STATES,

Appellee,

v.

WENDELL RIVERA-RUPERTO,
a/k/a Arsenio Rivera,

Defendant, Appellant.

**ERRATA SHEET**

The opinion for this Court issued January 13, 2017 is amended as follows:

On page 25, line 10: change "5-years" to "5-years'"

On page 26, line 5: change "35-years" to "35-years'"

On page 37, footnote 21, line 9: change "aff'd" to "aff'd"